UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES WILLIE ASKEW, III,    ] | |
| ] | |
| Petitioner,    ] | |
| ] | |
| vs.    ] | 1:11-cv-8001-LSC-TMP |
| ] | (1:08-cr-204-LSC-TMP-1) |
| ] | |
| UNITED STATES OF AMERICA,    ] | |
| ] | |
| ] | |
| Respondent.    ] | |

MEMORANDUM OF OPINION

This is a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255. The magistrate judge entered a report and recommendation recommending that the motion be denied and dismissed with prejudice. Objections to the report and recommendation were filed on January 16, 2014. The Court has considered the entire file in this action, including the report and recommendation and objections thereto, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the Court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the Court. The § 2255 motion is due to be denied and dismissed. An order consistent with this

opinion will be entered.

Done this 25th day of March 2014.

                                                     _____
                                                     L. SCOTT COOGLER
                                    UNITED STATES DISTRICT JUDGE
                                                                                         [160704]